United States Bankruptcy Court
Central District of California

In re:                                                                Case No. 17-13929-ER
Dam Peter                                                             Chapter 7
Phuong Quy Ly
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: nvandenst          Page 1 of 1          Date Rcvd: Mar 31, 2017
                              Form ID: mccdn           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 02, 2017.
db/jdb         +Dam Peter,    Phuong Quy Ly,    7630 Highcliff Street,    Rosemead, CA 91770-3067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 31, 2017 at the address(es) listed below:
              Edward M Wolkowitz (TR)    emwtrustee@lnbrb.com,  ewolkowitz@ecf.epiqsystems.com
              Randolph R Ramirez    on behalf of Debtor Dam  Peter Randolph.Ramirez@yourlegalneeds.net
              Randolph R Ramirez    on behalf of Joint Debtor Phuong Quy Ly Randolph.Ramirez@yourlegalneeds.net
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
                                                                                             TOTAL: 4

| United States Bankruptcy Court<br>Central District of California | |
|---|---|
| In re:<br>Dam Peter<br>Phuong Quy Ly | CHAPTER NO.: 7<br>CASE NO.: 2:17−bk−13929−ER |

# CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
**A.** You must cure the following within 14 days from filing of your petition:

☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition Date [11 U.S.C. § 521(a)(1)(B)(iv)] (LBR Form F1002−1)

☑ Other *(Specify):*
No pay stubs attached to above declaration.


**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are available at www.cacb.uscourts.gov/forms**


For all items above that are not electronically filed, you must file the original and the following number of copies in accordance with Local Bankruptcy Rules 1002−1(c) and 5005−2, and Court Manual, section 2.5(a)(2).

        Chapter 7    Original only

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460−9641.


Dated: March 31, 2017                                      For the Court
                                                                          **Kathleen J. Campbell**
                                                                          Clerk of Court

(Form mccdn − Rev 12/2015)                                                                                                         **7 − 1 / NV**